25 cr 7 DSD/DJF

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| Plaintiff, | 18 U.S.C. § 245(b)(2)(F) |
| v. | 18 U.S.C. § 249(a)(1) |
| JUSTIN ANTHONY KUDLA | |
| Defendant | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### Count 1
### (Interference with Federally Protected Activities)

On or about February 3, 2024, in the State and District of Minnesota, the defendant,

**JUSTIN ANTHONY KUDLA**,

by force and threat of force, willfully injured, intimidated and interfered with, and attempted to injure, intimidate and interfere with, Victim 1, a Black man, because of Victim 1's race, and because he was and had been enjoying the goods, services, facilities, privileges, advantages, and accommodations of Bar 1, a facility known to the grand jury that serves the public and is principally engaged in selling food and beverages for consumption on the premises. These acts resulted in bodily injury to Victim 1. All in violation of Title 18, United States Code, Section 245(b)(2)(F).



JAN 08 2025

## Count 2
### (Hate Crime)

On or about February 3, 2024, in the State and District of Minnesota, the defendant,

**JUSTIN ANTHONY KUDLA**

willfully caused bodily injury to Victim 1 because of his actual and perceived race, in violation of Title 18, United States Code, Section 249(a)(1).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY          FOREPERSON