UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 25-007 (DSD/DJF) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | **ORDER WAIVING PACER FEES** |
| JUSTIN ANTHONY KUDLA, | ) | |
| | ) | |
| Defendant. | ) | |

Evan Gilead, Assistant United States Attorney, and Briana Clark, Trial Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Lisa M. Lopez, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Mr. Kudla.

Mr. Kudla has moved for an exemption of all PACER fees incurred when viewing the abovementioned case.

The Motion is GRANTED, Mr. Kudla is hereby exempt from PACER fees to avoid unreasonable burdens and promote public access to information.

Dated:  6/3/2025

s/*David S. Doty*
Honorable David S. Doty
Senior United States District Court Judge