UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-7 (KMM/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **GOVERNMENT'S MOTION**<br>) **TO DISMISS**<br>) |
| JUSTIN ANTHONY KUDLA, | )<br>) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Joseph H. Thompson, Acting United States Attorney for the District of Minnesota, and Evan Gilead, Assistant United States Attorney, and Briana Clark, Trial Attorney, Civil Rights Division, hereby requests that the Court dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The indictment in this case was filed on January 8, 2025, and it is currently set for trial on September 29, 2025. A related state case for first-degree assault remains pending against the defendant.

In light of newly discovered evidence, which recently came to the Government's attention, the Government has determined that the indictment should be dismissed in the interest of justice because the newly-discovered evidence affects the Government's ability to prove the specific-intent element essential to the pending federal hate-crime charges.

Counsel for Defendant Kudla does not oppose this request, but requests that dismissal be with prejudice.

2

In accordance with the Crime Victims' Rights Act, 18 U.S.C. § 3771, the Government has advised the victim about this motion.

DATED: September 24, 2025.                     Respectfully submitted,

| | |
|---|---|
| Harmeet K. Dhillon | Joseph H. Thompson |
| Assistant Attorney General | Acting United States Attorney |
| Civil Rights Division | District of Minnesota |
| | |
| /s/ *Briana M. Clark* | /s/ *Evan B. Gilead* |
| | |
| Briana M. Clark | Evan B. Gilead |
| Trial Attorney | Assistant U.S. Attorney |
| Civil Rights Division | Attorney ID No. 1601283 DC |
| Attorney ID No. 1735505 DC | |

2