UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | No. 25-cr-007 (KMM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Justin Anthony Kudla, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Dkt. 89). On January 8, 2025, Defendant Justin Anthony Kudla was charged by indictment for violations of 18 U.S.C. § 245(b)(2)(F) and 18 U.S.C. § 249(a)(1). (Dkt. 1.) The government filed this Motion on September 24, 2025 seeking to dismiss the Indictment in full. (Dkt. 89.) The Court granted the Motion and sought input from the parties on whether the dismissal should be with or without prejudice. (Dkts. 91, 92.) The parties agree that this matter should be dismissed with prejudice. (Dkt. 93.[1]) Accordingly, **IT IS HEREBY ORDERED** that the Indictment of Mr. Kudla (Dkt. 1) be **DISMISSED WITH PREJUDICE**.

**Let judgment be entered accordingly.**

---

[1] In response to the Court's Orders, the government filed a letter stating that it did not oppose dismissing this matter with prejudice. (Dkt. 93.) Mr. Kudla conveyed to the Court via email that he did not intend to file anything further in light of the government's position.

2

Date: September 29, 2025                    *s/Katherine M. Menendez*
                                            Katherine M. Menendez
                                            United States District Judge